## STATE OF FLORIDA v BOLING

### Case No. 85-153 AC

Eleventh Judicial Circuit, Appellate Division, Dade County

December 30, 1986

**Jim Smith,** Attorney General, and **Randi Klayman Lazarus,** Assistant Attorney General, for appellant.

**Lance Armstrong** for appellee.

Before NADLER, SALMON, ROBINSON, JJ.

### OPINION OF THE COURT

PER CURIAM.

In this appeal by the State it argues that the defendant waived speedy trial and that the court's Order for Discharge was in error. The defendant was, on two occasions, not ready for trial and an unexcused continuance should have been attributed to the defendant. Fla. R. Crim. P. 3.191(d)(3); *Butterworth v. Fluellen*, 389 So.2d 968 (Fla.

1980); *Rutledge v. State*, 374 So.2d 975 (Fla. 1979); *Butler v. Cullen*, 253 SO.2d 861 (Fla. 1971); *J.B. v. Karda*, 436 So.2d 1109 (Fla. 4th DCA 1983); *Hernandez v. State*, 397 SO.2d 435 (Fla. 3d DCA 1981); *Wright v. State*, 396 SO.2d 864 (Fla. 3d DCA 1981); *Rosenwasser v. Smith*, 308 SO.2d 600 (Fla. 3d DCA 1975).

The Order of Dismissal is vacated and the cause is remanded to the trial court for trial.